# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Kyle Maki    v.    Department of Justice

No. 17-1201

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):
- ☐ Pro Se
- ☒ As counsel for: Kyle Maki (Name of party)

I am, or the party I represent is (select one):
- ☒ Petitioner
- ☐ Respondent
- ☐ Amicus curiae
- ☐ Cross Appellant
- ☐ Appellant
- ☐ Appellee
- ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):
- ☒ Petitioner or appellant
- ☐ Respondent or appellee

| | |
|---|---|
| Name: | Kevin E. Byrnes |
| Law Firm: | Law Offices of Kevin Byrnes, PLLC |
| Address: | 1030 30th St. NW, Ste 109 |
| City, State and Zip: | Washington, DC 20007 |
| Telephone: | 202.599.9991 |
| Fax #: | 202.688.1834 |
| E-mail address: | efiling@kbyrneslaw.com |

Statement to be completed by counsel only (select one):
- ☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.
- ☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]
- ☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☐ Yes ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date: Nov 28, 2016    Signature of pro se or counsel: /s/ Kevin Byrnes

cc: Dir, Commercial Litigation, Civil DOJ

Reset Fields